IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01701-WDM-MEH

PEDRO GOMEZ,

    Plaintiff,

v.

THOMAS J. LOOFT,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 18, 2006.**

    Defendant's Unopposed Motion to Stay Proceedings [Filed December 15, 2006; Docket #12] is **granted**, pending the resolution of Defendant's Motion to Dismiss based on qualified immunity. As such, the Scheduling Conference set for January 19, 2007, is **vacated**, as are all other discovery related deadlines. The parties are directed to submit a joint status report, if necessary, within five business days after receiving a ruling on the Motion to Dismiss so that the Court can reset the Scheduling Conference.